UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Panagiotis Pelekis,

                         Plaintiff,                17-CV-09245 (KHP)

     -against-                             **ORDER**

SeaFood of the Gods Group, LLC d/b/a
SeaFood of the Gods, David Smith, and Helen
Fradelakis, *jointly and severally*,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during the February 27, 2019 show cause hearing in this matter, the Court grants Stephen D. Hans & Associates, P.C., counsel for all Defendants, leave to file a motion to withdraw.  (*See* Dkt. No. 25.)  Counsel are instructed to file their motion on ECF by no later than **March 8, 2019**.  The motion should include the following:

- An affidavit setting forth the facts showing that Defendants terminated them;

- A copy of the email Defendants sent counsel to terminate them; and

- An address and contact information for Defendant Seafood of The Gods Group, LLC.

      To the extent Plaintiff's counsel will seek to recover any fees, costs, and post-judgment interest in connection with enforcing the judgment in this action, they should make an application.  Plaintiff's counsel, Pardalis & Nohavicka, LLP, are hereby instructed to file a status update on ECF by no later than **May 24, 2019** advising whether they were able to speak

with a representative at Seafood of the Gods LLC, whether they were able to collect any portion of the judgment in this action, and an estimate for when their collection efforts will be complete.

**SO ORDERED.**

Dated: March 1, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge