UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PANAGIOTIS PELEKIS,

                                Plaintiff,

      -vs-

SEAFOOD OF THE GODS GROUP, LLC
d/b/a SEAFOOD OF THE GODS, DAVID SMITH
and HELEN FRADELAKIS, *jointly and severally*,

                               Defendants.
------------------------------------------------------------------------X

Case No.: 17 Civ. 9245 (KHP)

**NOTICE OF MOTION**

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR ALL DEFENDANTS IN THIS ACTION

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Nils C. Shillito, with exhibit(s) thereto, dated March 1, 2019, and upon all pleadings and proceedings heretofore had herein, Stephen D. Hans & Associates, P.C. hereby moves this Court, before the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, for an Order pursuant to Local Civil Rule 1.4 relieving Stephen D. Hans & Associates, P.C., and, specifically, Nils C. Shillito, as counsel of record for defendants Seafood of the Gods Group, LLC, David Smith, and Helen Fradelakis in the above-captioned action.

Dated: Long Island City, New York
       March 1, 2019

                                        STEPHEN D. HANS & ASSOCIATES, P.C.

                                       By:  **/s/Nils C. Shillito**
                                           Nils C. Shillito (NS-6755)
                                           45-18 Court Square, Suite 403
                                           Long Island City, New York 11101
                                           Tel: 718.275.6700 x 205

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 1, 2019, I caused a true and correct copy of the foregoing Notice of Motion to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing and an electronic copy thereof to:

Ariadne Panagopoulou, Esq.
PARDALIS & NOHAVICKA LLP
950 Third Avenue, 25th Floor
New York, New York 10022
Tel: 212.213.8511
Email: ari@pnlawyers.com
*Attorneys for the Plaintiff*

The undersigned attorney also hereby certifies that on March 1, 2019, I served a true and correct copy of the foregoing Notice of Motion upon defendants Seafood of the Gods Group, LLC, David Smith, and Helen Fradelakis, by email (to: seafoodofthegods@yahoo.com) and by USPS first class mail (to: 17 West 4th Street, Locust Valley, NY 11560).

    /s/
Nils C. Shillito (NS-6755)