USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Panagiotis Pelekis,

Plaintiff,

-against-

SeaFood of the Gods Group, LLC d/b/a
SeaFood of the Gods, David Smith, and Helen
Fradelakis, *jointly and severally*,

Defendants.

17-CV-09245 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

By January 31, 2020, Plaintiff should provide an update to the Court on the status of his

collection efforts.

**SO ORDERED.**

Dated: November 13, 2019
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge