UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 8/6/2020
```

Panagiotis Pelekis,

                                    Plaintiff,

            -against-

SeaFood of the Gods Group, LLC d/b/a
SeaFood of the Gods, David Smith, and Helen
Fradelakis, *jointly and severally*,

                                    Defendants.

17-CV-09245 (KHP)

**ORDER SCHEDULING TELEPHONIC
STATUS CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Court has been made aware that Defendant David Smith's petition for Chapter 13

bankruptcy (Case No. 18-77107-LAS) was dismissed and that the above-captioned case has

settled.  **There will be a status conference on September 23, 2020 at 12:30 pm** to discuss

Plaintiff's collection efforts and to determine if this case can be closed.  Parties are directed to

call Judge Parker's teleconference line at the scheduled time: **(866) 434-5269, Access code:**

**4858267**.

        The Court directs Plaintiff to email Defendants a copy of this Order (to:

seafoodofthegods@yahoo.com).

        **The Clerk of Court is requested to mail a copy of this Order to the Pro Se Defendants**

**at 17 West 4th Street, Locust Valley, NY 11560.**

**SO ORDERED.**

Dated: August 6, 2020
        New York, New York

KATHARINE H. PARKER
United States Magistrate Judge