UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Panagiotis Pelekis,

                        Plaintiff,

-against-

SeaFood of the Gods Group, LLC d/b/a SeaFood of the Gods, David Smith, and Helen Fradelakis, *jointly and severally*,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020

1:17-CV-09245 (KHP)

**ORDER OF DISMISSAL**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court scheduled a conference in the above-referenced matter for September 23, 2020 at 12:30 p.m.  **Neither party having attended the conference, and the matter having previously been settled, the Court directs the Clerk of Court to close the above-captioned case.**

    **The Court also requests that the Clerk of Court mail a copy of this Order to the Pro Se Defendants at 17 West 4th Street, Locust Valley, NY 11560.**

SO ORDERED.

Dated: September 23, 2020
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge